# EXHIBIT 1

# Copyright

**Registration Number / Date:**
TX0009118287 / 2022-04-12

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER RISE.

**Application Title:**
MONSTER HUNTER RISE.

**Date of Creation:**
2021

**Date of Publication:**
2022-01-13

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3 Uchihirano-machi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., employer for hire; Citizenship: Japan. Authorship: computer program.

**Basis of Claim:**
computer program.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3 Uchihirano-machi, Chuo-ku,, Osaka, 5400037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Electronic file (eService)

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
Japan

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_33932436

**Registration Number / Date:**
PA0002056726 / 2016-08-11

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER GENERATIONS.

**Application Title:**
MONSTER HUNTER GENERATIONS.

**Alternative Title on Application:**
MONSTER HUNTER X

**Date of Creation:**
2016

**Date of Publication:**
2016-07-15

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Description:**
DVD-ROM.

**Notes:**
Videogame.Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_29292461

**Registration Number / Date:**
PA0002371513 / 2022-03-18

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER RISE.

**Application Title:**
MONSTER HUNTER RISE.

**Date of Creation:**
2021

**Date of Publication:**
2021-09-15

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual work.

**Basis of Claim:**
computer program and audio visual work.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Videogame.

**Notes:**
Videogame for Nintendo Switch. Video clip(s), collection of screen shots, synopsis and computer printout (50 p.) deposited.

**Nation of First Publication:**

Japan

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_34323826

**Registration Number / Date:**
PA0002529560 / 2025-03-31

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER WILDS.

**Application Title:**
MONSTER HUNTER WILDS.

**Date of Creation:**
2025

**Date of Publication:**
2025-02-28

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual work.

**Basis of Claim:**
computer program and audio visual work.

**Rights and Permissions:**
QIN ZHANG, CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
BluRay ROM Disc +

**Notes:**

videogame

**Nation of First Publication:**

United States

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_38514106

---

**Registration Number / Date:**

PA0002506230 / 2024-08-19

**Previous Registration:**

2017, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PAU003917918"}'>PAu003917918</a>.

**Type of Work:**

Computer Files

**Title:**

MONSTER HUNTER STORIES.

**Application Title:**

MONSTER HUNTER STORIES.

**Date of Creation:**

2024

**Date of Publication:**

2024-06-14

**Copyright Claimant:**

CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**

CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan.
Authorship: computer program and audio visual works.

**Basis of Claim:**

computer program and audio visual works.

**Rights and Permissions:**

CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Cartridge +

**Notes:**
videogame for nintendo switch.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_38325123

---

**Registration Number / Date:**
PA0002351071 / 2021-11-17

**Previous Registration:**
2018, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PAU003925268"}'>PAu3-925-268</a>.

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER RISE.

**Application Title:**
MONSTER HUNTER RISE.

**Date of Creation:**
2021

**Date of Publication:**
2021-03-26

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**

CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual work.

**Basis of Claim:**

computer program and audio visual work.

**Rights and Permissions:**

CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**

prior version.

**Description:**

Cartridge.

**Notes:**

Videogame for Nintendo Switch.Synopsis, screen shots and computer printout (50 p.) also deposited.

**Nation of First Publication:**

United States

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_33979047

---

**Registration Number / Date:**

PA0002404235 / 2023-01-25

**Previous Registration:**

2022, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0002371513"}'>PA2-371-513</a>.

**Type of Work:**

Computer Files

**Title:**

MONSTER HUNTER RISE.

**Application Title:**

MONSTER HUNTER RISE.

**Date of Creation:**
2023

**Date of Publication:**
2023-01-20

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan.
Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037,
Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
BluRay ROM Disc +

**Notes:**
videogame

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_34840129

---

**Registration Number / Date:**
PAU003925268 / 2018-03-06

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER: WORLD.

**Application Title:**
MONSTER HUNTER: WORLD.

**Date of Creation:**
2017

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Description:**
Print material +

**Copyright Note:**
C.O. correspondence.

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_30334067

---

**Registration Number / Date:**
PAU003917918 / 2017-10-02

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER STORIES.

**Application Title:**
MONSTER HUNTER STORIES.

**Date of Creation:**
2017

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan.
Authorship: computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037,
Japan, property@head.capcom.co.jp

**Description:**
CD-ROM +

**Notes:**
Computer printout (50p.) also deposited.Videogame.

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_30203442

---

**Registration Number / Date:**
PA0002165751 / 2018-09-19

**Previous Registration:**
2016, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PAU002056726"}'>PAu2-056-726</a>.

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER GENERATIONS ULTIMATE.

**Application Title:**
MONSTER HUNTER GENERATIONS ULTIMATE.

**Alternative Title on Application:**
MONSTER HUNTER XX

**Date of Creation:**
2018

**Date of Publication:**
2018-08-28

**Copyright Claimant:**

CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Game disc.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Videogame.Synopsis, collection of screenshots and computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_30692807

---

**Registration Number / Date:**
PA0002433511 / 2023-05-15

**Previous Registration:**
2022, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0002371513"}'>PA-2-371-513</a>.

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER RISE: SUNBREAK.

**Application Title:**
MONSTER HUNTER RISE: SUNBREAK.

**Date of Creation:**
2022

**Date of Publication:**
2023-04-28

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Videodisc (DVD)

**Notes:**
Videogame.Synopsis, screen shots and computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_35579913

**Registration Number / Date:**
PA0002222815 / 2019-11-25

**Previous Registration:**
2018, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PAU003925268"}'>PAu3-925-268</a>.

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER WORLD: ICEBORNE.

**Application Title:**
MONSTER HUNTER WORLD: ICEBORNE.

**Date of Creation:**
2019

**Date of Publication:**
2019-09-06

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Game disc.

**Notes:**
Videogame for PS4.Synopsis, screen shots and computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_31310410

---

**Registration Number / Date:**
PA0002437786 / 2023-09-14

**Previous Registration:**
2022, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0002393098"}'>PA-2-393-098</a>.

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER RISE: SUNBREAK.

**Application Title:**
MONSTER HUNTER RISE: SUNBREAK.

**Date of Creation:**
2023

**Date of Publication:**
2023-09-04

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan.
Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037,
Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
2 Blu-ray Discs.

**Notes:**
Videogame.Synopsis, screen shots and computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_35770497

---

**Registration Number / Date:**
PA0001749362 / 2010-04-23

**Previous Registration:**
2004, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0001246887"}'>PA0001246887</a>.

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER 3(Tri)

**Application Title:**
MONSTER HUNTER 3(Tri) (Nintendo Wii)

**Date of Creation:**
2010

**Date of Publication:**
2010-04-20

**Copyright Claimant:**
Capcom Co., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
Capcom Co., LTD, Domicile: Japan. employer for hire; Authorship: computer program and audio visual work.

**Basis of Claim:**

audiovisual work and computer program.

**Rights and Permissions:**

Capcom Co., LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, +81-06-6920-3637, property@head.capcom.co.jp

**Material Excluded:**

prior version.

**Description:**

DVD-ROM.

**Copyright Note:**

C.O. correspondence.

**Notes:**

Videogame.Computer printout (50 p.) also deposited.

**Nation of First Publication:**

United States

**Names:**

Capcom Co., LTD

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_25123281

---

**Registration Number / Date:**

PA0001977614 / 2015-01-19

**Type of Work:**

Computer Files

**Title:**

MONSTER HUNTER 4 ULTIMATE.

**Application Title:**

MONSTER HUNTER 4 ULTIMATE.

**Alternative Title on Application:**

MONSTER HUNTER 4 G

**Date of Creation:**

2014

**Date of Publication:**

2015-02-13

**Copyright Claimant:**
Capcom Co., Ltd. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
Capcom Co., Ltd., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Rights and Permissions:**
Capcom Co., Ltd., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Description:**
DVD-ROM.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Videogame.Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom Co., Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_28272850

---

**Registration Number / Date:**
PAU003669002 / 2013-03-07

**Previous Registration:**
2010, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0001749362"}'>PA 1-749-362</a>.

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER 3 ULTIMATE.

**Application Title:**
MONSTER HUNTER 3 ULTIMATE (Wii U)

**Alternative Title on Application:**

MONSTER HUNTER 3 G HD Ver.

**Date of Creation:**

2012

**Copyright Claimant:**

CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**

CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**

computer program and audio visual works.

**Rights and Permissions:**

CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**

prior version.

**Description:**

CD-ROM +

**Notes:**

Videogame. Computer printout (50.p) also deposited.

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_26108521

---

**Registration Number / Date:**

TX0008771845 / 2019-04-29

**Previous Registration:**

2018, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PAU003925268"}'>PAu3-925-268</a>.

**Type of Work:**

Computer Files

**Title:**
MONSTER HUNTER: WORLD(PC)

**Application Title:**
MONSTER HUNTER: WORLD(PC)

**Date of Creation:**
2018

**Date of Publication:**
2018-08-09

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Print Material +

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_31017772

**Registration Number / Date:**
PA0002393098 / 2022-11-15

**Previous Registration:**
2022, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0002371513"}'>PA 2-371-513</a>.

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER RISE: SUNBREAK.

**Application Title:**
MONSTER HUNTER RISE: SUNBREAK.

**Date of Creation:**
2022

**Date of Publication:**
2022-06-30

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual works.

**Basis of Claim:**
computer program and audio visual works.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
CD-ROM +

**Notes:**
Computer printout (50p.) also deposited. Videogame.

**Nation of First Publication:**
United States

**Names:**

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_34683013

**Registration Number / Date:**
PA0001718926 / 2010-10-04

**Previous Registration:**
2004, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001246887"}'>PA0001246887</a>.

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER FREEDOM (PSP)

**Application Title:**
MONSTER HUNTER FREEDOM (Play Station Portable)

**Alternative Title on Application:**
MONSTER HUNTER PORTABLE (Play Station Portable)

**Date of Creation:**
2006

**Date of Publication:**
2006-05-23

**Copyright Claimant:**
Capcom Co., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
Capcom Co., LTD, Domicile: Japan. employer for hire; Authorship: computer
program and audio visual works.

**Basis of Claim:**
audiovisual work and computer program.

**Rights and Permissions:**
Capcom Co., LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037,
Japan, +81-06-6920-3637, property@head.capcom.co.jp

**Material Excluded:**

another version.

**Description:**
Universal Media Disc.

**Notes:**
Computer printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom Co., LTD

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_24414661

---

**Registration Number / Date:**
PA0001644816 / 2008-03-26

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER FREEDOM 2 (Play Station Portable)

**Application Title:**
MONSTER HUNTER FREEDOM 2 (Play Station Portable)

**Alternative Title on Application:**
MONSTER HUNTER PORTABLE 2nd

**Date of Creation:**
2007

**Date of Publication:**
2007-08-28

**Copyright Claimant:**
Capcom Co., Ltd. Address: 3-1-3 Uchihirano-machi Chuo-ku, Osaka-City Osaka, 540-0037, JAPAN.

**Authorship on Application:**
Capcom Co., Ltd., Domicile: Japan. employer for hire;

**Basis of Claim:**
English translation on screens and packaging.

**Material Excluded:**

Original videogame in Japanese.

**Description:**
UMD.

**Notes:**
Videogame.Compute printout (50 p.) also deposited.

**Nation of First Publication:**
United States

**Names:**
Capcom Co., Ltd.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_23084133

---

**Registration Number / Date:**
PAU003669003 / 2013-03-07

**Previous Registration:**
2010, <a href='https://publicrecords.copyright.gov//advanced-search?
parent_query={"operator_type": "AND", "column_name":
"registration_numbers", "type_of_query": "exact", "query":
"PA0001749362"}'>PA 1-749-362</a>.

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER 3 ULTIMATE (Nintendo 3DS)

**Application Title:**
MONSTER HUNTER 3 ULTIMATE (Nintendo 3DS)

**Alternative Title on Application:**
MONSTER HUNTER 3 G

**Date of Creation:**
2012

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka,
540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan.
Authorship: computer program and audio visual works.

**Basis of Claim:**

computer program and audio visual works.

**Rights and Permissions:**

CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**

prior version.

**Description:**

CD-ROM +

**Notes:**

Videogame. Computer printout (50 p.) also deposited.

**Names:**

CAPCOM CO., LTD.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_26108522

---

**Registration Number / Date:**

PAU003473100 / 2009-06-02

**Previous Registration:**

2004, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PA0001246887"}'>PA0001246887</a>.

**Type of Work:**

Computer Files

**Title:**

MONSTER HUNTER FREEDOM UNITE (Play Station Portable)

**Application Title:**

MONSTER HUNTER FREEDOM UNITE (Play Station Portable)

**Alternative Title on Application:**

MONSTER HUNTER PORTABLE 2ndG

**Date of Creation:**

2009

**Copyright Claimant:**

Capcom Co., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
Capcom Co., LTD, Domicile: Japan. employer for hire; Authorship: computer program and audio visual work.

**Basis of Claim:**
English translation on screens and packaging.

**Rights and Permissions:**
CAPCOM CO., LTD CAPCOM CO., LTD, Capcom Co., LTD, 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, +81-06-6920-3637, property@head.capcom.co.jp

**Material Excluded:**
Original videogame in Japanese.

**Description:**
CD-ROM.

**Copyright Note:**
C.O. correspondence.

**Notes:**
Computer Printout (50 pages) also deposited.

**Names:**
Capcom Co., LTD

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_23945584

---

**Registration Number / Date:**
PA0002348850 / 2021-09-14

**Type of Work:**
Motion Pictures

**Title:**
Monster Hunter: Legends of the Guild.

**Application Title:**
Monster Hunter: Legends of the Guild.

**Alternative Title on Application:**
MONSTER HUNTER: Legends of the Guild

**Date of Creation:**
2020

**Date of Publication:**
2021-08-12

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037.

**Authorship on Application:**
CAPCOM CO., LTD., employer for hire; Citizenship: Japan. Authorship: entire motion picture.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, (810) 669-2036 x37, property@head.capcom.co.jp

**Description:**
Videodisc (DVD)

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_33931817

---

**Registration Number / Date:**
TX0009136711 / 2021-09-14

**Type of Work:**
Dramatic Works; or Choreography

**Title:**
Monster Hunter: Legends of the Guild.

**Application Title:**
Monster Hunter: Legends of the Guild.

**Alternative Title on Application:**
MONSTER HUNTER: Legends of the Guild

**Date of Creation:**
2020

**Date of Publication:**
2021-08-12

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3 Uchihirano-machi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., employer for hire; Citizenship: Japan. Authorship: text.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3 Uchihirano-machi, Chuo-ku,, Osaka, 5400037, Japan, property@head.capcom.co.jp

**Description:**
Print material.

**Copyright Note:**
C.O. correspondence.

**Nation of First Publication:**
United States

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_34074421

---

**Registration Number / Date:**
PA0002371488 / 2022-03-18

**Previous Registration:**
2017, <a href='https://publicrecords.copyright.gov//advanced-search?parent_query={"operator_type": "AND", "column_name": "registration_numbers", "type_of_query": "exact", "query": "PAU003917918"}'>PAU003917918</a>.

**Type of Work:**
Computer Files

**Title:**
MONSTER HUNTER STORIES 2: WINGS OF RUIN.

**Application Title:**
MONSTER HUNTER STORIES 2: WINGS OF RUIN.

**Date of Creation:**

2021

**Date of Publication:**
2021-07-29

**Copyright Claimant:**
CAPCOM CO., LTD. Address: 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan.

**Authorship on Application:**
CAPCOM CO., LTD., Domicile: Japan; employer for hire; Citizenship: Japan. Authorship: computer program and audio visual work.

**Basis of Claim:**
computer program and audio visual work.

**Rights and Permissions:**
CAPCOM CO., LTD., 3-1-3, Uchihiranomachi, Chuo-ku, Osaka, 540-0037, Japan, property@head.capcom.co.jp

**Material Excluded:**
prior version.

**Description:**
Cartridge.

**Notes:**
Videogame for Nintendo Switch and Steam.Collection of screen shots, synopsis and computer printout (50 p.) also deposited.

**Nation of First Publication:**
Japan

**Names:**
CAPCOM CO., LTD.

**USCO Catalog Link:**
https://publicrecords.copyright.gov/detailed-record/voyager_34323823

Disclaimer: This material was generated by the U.S. Copyright Office's Copyright Public Records System (CPRS). For certified records, contact the Records Research and Certification Division. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).